1

2                                                    The Honorable James L. Robart

3                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
4                                   AT SEATTLE

5    STEVEN VANCE, *et al.*                      2:20-cv-01084-JLR

6                      Plaintiffs,               STIPULATION AND
                                                 [PROPOSED] ORDER
7          v.                                    MODIFYING SCHEDULING
                                                 ORDER
8    AMAZON.COM, INC.,
                                                 **NOTE ON MOTION
9                      Defendant.                CALENDAR:** January 10, 2022

10

11         The parties, by and through their counsel, stipulate and agree as follows:

12         1.     Plaintiffs Steven Vance and Tim Janecyk ("Plaintiffs") and Defendant

13   Amazon.com, Inc. ("Amazon"), by their attorneys, submit this Stipulation to modify the

14   Scheduling Order in this case (Dkt. 50) to extend the deadline for Plaintiffs' Reply Brief in support

15   of their class certification motion ("Plaintiffs' Reply") from January 13, 2022 until January 18,

16   2022.

17         2.     On August 31, 2021, the Court entered a modified scheduling order that requires

18   Plaintiffs to file Plaintiffs' Reply on January 13, 2022.  Dkt. 50.

19         3.     In connection with Amazon's response to Plaintiffs' class certification motion, it

20   submitted the declaration of its expert witness, Margaret Daley. Dkt. 60.

21         4.     The parties have reached agreement that Daley will be deposed on January 11,

22   2022. Because of the proximity of Daley's deposition to the current date for Plaintiffs' Reply, the

23   parties have agreed to extend the date for Plaintiffs' Reply to January 18, 2022.

24

25

26
     STIPULATION MODIFYING SCHEDULING ORDER              LYNCH CARPENTER LLP
27   (2:20-cv-01084-JLR) - 1                             111 W. Washington Street, Suite 1240
                                                         Chicago, Illinois 60602
                                                         T: (312) 750-1265; Fax: (724) 656-1556

5.      Fed. R. Civ. P. 16(b)(4) provides that "a schedule may be modified only for good cause shown and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  LCR 16(b) further provides that "[a] schedule may be modified only for good cause and with the judge's consent."  LCR 16(b).

6.      The parties agree that good cause justifies this modification of the scheduling order.  Plaintiffs contend the filing of Plaintiffs' Reply on January 13, 2022, as originally scheduled, would impede Plaintiffs' ability to incorporate Daley's testimony into the reply and to otherwise respond to Amazon's assertions based on Daley's opinions.  Further, because the Court has deferred ruling on Plaintiffs' Motion for Class Certification until after it has decided Amazon's Motion for Summary Judgment (*see* Dkt 72), there will be no prejudice from this short extension to file Plaintiffs' Reply.

IT IS SO STIPULATED.

DATED this 10th day of January, 2022.

LYNCH CARPENTER LLP
Attorneys for Plaintiffs

By *s/ Nicholas R. Lange*
Gary Lynch, ISBA #56887 (*pro hac vice*)
Katrina Carroll, ISBA #6291405 (*pro hac vice*)
Nicholas R. Lange, ISBA #6318106 (*pro hac vice*)
111 West Washington Street, Suite 1240
Chicago, Illinois 60602
312-750-1265
gary@lcllp.com
katrina@lcllp.com
nickl@lcllp.com

LOEVY & LOEVY
Attorneys for Plaintiffs

By *s/ David B. Owens*
David B. Owens, WSBA #52856
100 S. King Street, Suite 100
Seattle, WA  98104
Telephone: (2312) 243-5900
Fax: (312) 243-5092
E-mail: david@loevy.com

STIPULATION MODIFYING SCHEDULING ORDER
(2:20-cv-01084-JLR) - 2

LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
T: (312) 750-1265; Fax: (724) 656-1556

1                               Scott Drury, ISBA #6255867 (*pro hac vice*)

2                               Mike Kanovitz, ISBA #6275233 (*pro hac vice*)

3                               311 N Aberdeen 3rd Floor
Chicago, IL 60607

4                               312-243-5900
Email: drury@loevy.com

5                                         mike@loevy.com

6                               DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Amazon.com, Inc.

7

8                               By *s/ Jaime Drozd Allen*

9                                   Jaime Drozd Allen, WSBA #35742
David Maas, WSBA #50694

10                               920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610

11                               Telephone: (206) 757-8039
Fax: (206) 757-7039

12                               E-mail: JaimeAllen@dwt.com
DavidMaas@dwt.com

13                               MORGAN LEWIS & BOCKIUS LLP
Attorneys for Defendant Amazon.com, Inc.

14

15                               By *s/ Elizabeth B. Herrington*

16                                   Elizabeth B. Herrington, ISBA #6244547
110 North Wacker Drive, Suite 2800

17                               Chicago, IL 60606-1511
Telephone: (312) 324-1445

18                               E-mail: beth.herrington@morganlewis.com

19

20

21                               **ORDER**

22     Pursuant to stipulation, IT IS SO ORDERED.

23     DATED this **10th** day of **January**, 2022.

24

25                               Honorable James L. Robart
United States District Judge

26

27   STIPULATION MODIFYING SCHEDULING ORDER
(2:20-cv-01084-JLR) - 3