UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE, et al,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>                    Defendant. | CASE NO. C20-1084JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court sets oral argument on Monday, February 7, 2022, at 2:00 p.m., regarding Plaintiffs Steven Vance and Tim Janecyk's Federal Rule of Civil Procedure 56(d) motion (56(d) Mot. (Dkt. # 81)) to deny or strike Defendant Amazon.com, Inc.'s ("Amazon") motion for summary judgment to allow time for additional discovery. The parties shall also be prepared to discuss Amazon's motion to supplement the record regarding Plaintiffs' motion for class certification (Supp. Mot. (Dkt. # 88)) and case

MINUTE ORDER - 1

management issues.  The hearing will be held over Zoom.  Each party shall select one attorney who will speak for that party.  All other attendees shall have their microphones on mute and their cameras turned off during the hearing.

Filed and entered this 31st day of January, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2