UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>                Defendant. | CASE NO. C20-1084JLR<br><br>ORDER |

On February 8, 2022, the court issued an order regarding the parties' then-pending motions and set deadlines for Plaintiffs to file, if necessary, a second Rule 56(d) motion for additional discovery and for Defendant Amazon.com, Inc. ("Amazon") to file its renewed motion for summary judgment, if any. (*See* 2/8/22 Order (Dkt. # 97) at 3.) In the interest of effective case management, the court now AMENDS paragraph 2(g) of its prior order as follows:

If Plaintiffs do not file a second Rule 56(d) motion on or before May 12, 2022, Amazon shall file its renewed motion for summary judgment, if any, by no later than

ORDER - 1

1 | **Thursday, May 19, 2022**.  The motion shall be noted in accordance with Local Rules
2 | W.D. Wash. LCR 7(d)(3).  If Plaintiffs do file a second Rule 56(d) motion, the court will
3 | set a revised deadline for the motion for summary judgment based on its ruling on
4 | Plaintiffs' motion.
5 |       Dated this 12th day of April, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge