THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC, <br><br> Defendant. | No. 2:20-cv-01084-JLR <br><br> **STIPULATION ON BRIEFING SCHEDULE FOR AMAZON.COM, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT** |

The parties, by and through their counsel, stipulate and agree as follows:

1. On May 19, 2022, Amazon.com, Inc. ("Amazon") filed a Renewed Motion for Summary Judgment (the "Motion"), noted on the motion calendar for June 10, 2022. Dkt. 111.

2. The parties have conferred and agreed on a briefing schedule for the Motion, in part to allow Plaintiffs to obtain additional discovery in the case entitled *Vance, et al. v. Microsoft Corporation*, No. 20-cv-1082 (W.D. Wash.)

3. Consistent with the Court's direction that the two cases run on parallel schedules (Dkt. 40), according to the agreed briefing schedule, Plaintiffs' response to the Motion will be due on July 1, 2022, and Amazon's reply will be due on July 29, 2022.

4. Consistent with the parties' briefing schedule, Amazon will re-note its Motion for July 29, 2022.

IT IS SO STIPULATED.

STIPULATION ON BRIEFING SCHEDULE
FOR MOT. FOR SUMM. J. - 1
(2:20-CV-01084-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 27th day of May, 2022.

        DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Amazon.com, Inc.

By s/ *Jaime Drozd Allen*
   Jaime Drozd Allen, WSBA #35742
   Kenneth E. Payson, WSBA #26369
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone: (206) 757-8039
   Fax: (206) 757-7039
   E-mail: JaimeAllen@dwt.com
          KenPayson@dwt.com

MORGAN LEWIS & BOCKIUS
Attorneys for Defendant Amazon.com, Inc.

By s/ *Elizabeth B. Herrington*
   Elizabeth B. Herrington (*pro hac vice*)
   Phillip J. Wiese (*pro hac vice*)
   110 North Wacker Drive, Suite 2800
   Chicago, IL 60606-1511
   Telephone: (312) 324-1000
   E-mail: beth.herrington@morganlewis.com
          phillip.wiese@morganlewis.com

LOEVY & LOEVY
Attorneys for Plaintiffs

By s/ *Scott R. Drury (filed with consent)*
   David B. Owens, WSBA #52856
   100 S. King St., Suite 100
   Seattle, WA 98104
   Telephone: (312) 243-5900
   Fax: (312) 243-5092
   E-mail: david@loevy.com

   Scott R. Drury (*pro hac vice*)
   Mike Kanovitz (*pro hac vice*)
   311 N. Aberdeen, 3rd Floor
   Chicago, IL 60607
   Telephone: (312) 243-5900
   E-mail: drury@loevy.com
          mike@loevy.com

STIPULATION ON BRIEFING SCHEDULE
FOR MOT. FOR SUMM. J. - 2
(2:20-CV-01084-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| 1 | |
| 2 | |

LYNCH CARPENTER LLP
Attorneys for Plaintiffs

By <u>s/ *Nicholas R. Lange (filed with consent)*</u>
  Gary Lynch (*pro hac vice*)
  Kenneth A. Held (*pro hac vice*)
  James LaMarca (*pro hac vice*)
  113 Penn Avenue, Floor 5
  Pittsburgh, PA 15222
  Telephone: (412) 322-9243
  E-mail: gary@lcllp.com
       ken@lcllp.com
       james@lcllp.com

  Katrina Carroll (*pro hac vice*)
  Nicholas R. Lange (*pro hac vice*)
  111 West Washington Street, Suite 1240
  Chicago, IL 60602
  Telephone: (312) 750-1265
  E-mail: katrina@lcllp.com
       nickl@lcllp.com

STIPULATION ON BRIEFING SCHEDULE
FOR MOT. FOR SUMM. J. - 3
(2:20-CV-01084-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax