# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM INC,<br><br>　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C20-1084JLR |

\_\_\_\_　**Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion for summary judgment is GRANTED.  (*See* Dkt. # 135.)

Filed this 17th day of October, 2022.

　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/ Ashleigh Drecktrah
　　　　　　　　　　　　　　　　　Deputy Clerk