THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

STEVEN VANCE, *et. al.*,

No. 2:20-cv-01084-JLR

11

Plaintiffs,

**JOINT STATEMENT
REGARDING REDACTIONS
TO ORDER ON AMAZON'S
MOTION FOR SUMMARY
JUDGMENT**

12

v.

13

AMAZON.COM, INC,

14

Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

## JOINT STATEMENT

2

Plaintiffs Steven Vance and Tim Janecyk ("Plaintiffs") and Defendant Amazon.com, Inc.

3

("Defendant," and with Plaintiffs, the "Parties") submit this Joint Statement pursuant to the

4

Court's October 17, 2022 request regarding the need for any redactions to the Court's October 17,

5

2022 Order on Amazon's Motion for Summary Judgment (the "Order") [D.E. 135].

6

After meeting and conferring, the Parties agree there is no need for any redactions to the

7

Order, and it may be publicly filed.

8

9

DATED this 21st day of October, 2022.

10

11

DRURY LEGAL LLC
Attorneys for Plaintiffs Steven Vance and Tim
Janecyk

12

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Amazon.com, Inc.

13

By *s/Scott R. Drury*
Scott R. Drury (*pro hac vice*)
6 Carriage Lane
Highwood, IL 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

By *s/ Kenneth E. Payson*
Jaime Drozd Allen, WSBA #35742
Kenneth E. Payson, WSBA #26369
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 757-8039
Fax: (206) 757-7039
E-mail: JaimeAllen@dwt.com
          KenPayson@dwt.com

14

15

16

17

LYNCH CARPENTER LLP
Attorneys for Plaintiffs Steven Vance and Tim
Janecyk

18

MORGAN LEWIS & BOCKIUS
Attorneys for Defendant Amazon.com, Inc.

19

Gary Lynch (*pro hac vice*)
Kenneth A. Held (*pro hac vice*)
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Telephone: (412) 322-9243
E-mail: gary@lcllp.com
          ken@lcllp.com

Elizabeth B. Herrington (*pro hac vice*)
Phillip J. Wiese (*pro hac vice*)
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1000
E-mail:  beth.herrington@morganlewis.com
          phillip.wiese@morganlewis.com

20

21

22

23

Katrina Carroll (*pro hac vice*)
Nicholas R. Lange (*pro hac vice*)
111 West Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
E-mail: katrina@lcllp.com
          nickl@lcllp.com

24

25

26

27

JOINT STATEMENT RE REDACTIONS TO ORDER
(2:20-CV-01084-JLR)                                      2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax