UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>          Defendant. | CASE NO. C20-1084JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' joint statement regarding the need for any redactions of the court's October 17, 2022 order granting Defendant Amazon.com, Inc.'s motion for summary judgment. (Statement (Dkt. # 137); 10/17/22 Order (Dkt. # 135).) The court filed the October 17, 2022 order provisionally under seal because it relied on materials that had been filed under seal. (10/17/22 Order at 22.) The parties represent that, after meeting and conferring regarding the need for redactions, they agree that the

MINUTE ORDER - 1

order need not be redacted and may be publicly filed. (Statement at 2.) Accordingly, the court DIRECTS the Clerk to remove the seal on the October 17, 2022 order (Dkt. # 135).

Filed and entered this 21st day of October, 2022.

> RAVI SUBRAMANIAN
> Clerk of Court
>
> s/ Ashleigh Drecktrah
> Deputy Clerk

MINUTE ORDER - 2